AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Jesse Lee McDonald, | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. 0:15-cv-03771-GRA |
| Officer J. Quinn; Greenville County, Municipality; Major Stowers; Ronald Hollister; and John Vandermosten, | ) | |
| *Defendants* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Jesse Lee McDonald, shall take nothing of the defendants, Officer J. Quinn, Greenville County, Major Stowers, Ronald Hollister, and John Vandermosten, from the complaint filed and this action is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable G. Ross Anderson, Senior United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date: October 30, 2015                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/G. Mills
                                                                        *Signature of Clerk or Deputy Clerk*